SUSAN RAFFANTI, ESQ.
State Bar No. 120993
469 Ninth Street, Suite 200
Oakland, CA 94607
(510) 451-2825

Attorney for Defendant
CLAUDE COSTELLO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLAUDE COSTELLO,<br>ET AL.<br>Defendants. | No. cr 05 00117 PJH<br><br>STIPULATED ORDER CONTINUING SENTENCING DATE |

Defendant CLAUDE COSTELLO is currently set for sentencing on April 26, 2006. The probation officer assigned to write his report is Constance Cook. Ms. Cook was out on medical leave for several weeks and therefore requires additional time to complete his report. Therefore, the parties stipulate to a continuance of Mr. Costello's sentencing to **May 24, 2006 at 2:30 p.m.**, a date which has been agreed to by Ms. Cook.

SO STIPULATED:

Date: April 14, 2006

/S/
SUSAN RAFFANTI
Attorney for
CLAUDE COSTELLO

Date: April 14, 2006

/S/
DAVE HALL
Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, the sentencing date for CLAUDE COSTELLO is hereby continued to **May 24, 2006 at 2:30 p.m.**

Date: 4/18/06

PHYLLIS J. HAMILTON
U.S. Dist

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Phyllis J. Hamilton
NORTHERN DISTRICT OF CALIFORNIA

STIPULATED ORDER CONTINUING SENTENCING DATE 2

PROOF OF SERVICE

_____I declare under penalty of perjury that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 469 Ninth Street, Suite 200, Oakland, CA 94607. On this date I served the attached STIPULATED ORDER CONTINUING SENTENCING DATE by faxing true copies to the individuals and numbers indicated below:

AUSA Dave Hall
415/436-7234

Connie Cook, U.S. Probation
510/637-3634

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2006, at Oakland, California.

/s/