1  SUSAN RAFFANTI, ESQ.
   State Bar No. 120993
2  469 Ninth Street, Suite 200
   Oakland, CA 94607
3  (510) 451-2825

4  Attorney for Defendant
   CLAUDE COSTELLO
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,  )  No. cr 05 00117 PJH
9                             )
            Plaintiff,        )  STIPULATED ORDER
10                            )  CONTINUING SENTENCING
   v.                         )  DATE
11                            )
   CLAUDE COSTELLO,           )
12 ET AL.                     )
            Defendants.       )
13

14      Defendant CLAUDE COSTELLO is currently set for sentencing on April
15 26, 2006.  The probation officer assigned to write his report is
16 Constance Cook.  Ms. Cook was out on medical leave for several weeks
17 and therefore requires additional time to complete his report.
18 Therefore, the parties stipulate to a continuance of Mr. Costello's
19 sentencing to **May 24, 2006 at 2:30 p.m.**, a date which has been agreed
20 to by Ms. Cook.
21      SO STIPULATED:
22
23 Date: April 14, 2006                        /S/
                                         SUSAN RAFFANTI
24                                       Attorney for
                                         CLAUDE COSTELLO
25
26 Date: April 14, 2006                        /S/
                                         DAVE HALL
27                                       Assistant U.S. Attorney
28

STIPULATED ORDER CONTINUING SENTENCING DATE                          1

ORDER

GOOD CAUSE APPEARING, the sentencing date for CLAUDE COSTELLO is hereby continued to **May 24, 2006 at 2:30 p.m.**

Date: 4/18/06

PHYLLIS J. HAMILTON
U.S. District



STIPULATED ORDER CONTINUING SENTENCING DATE                                       2

## PROOF OF SERVICE

     I declare under penalty of perjury that I am a citizen of the United States, over the age of eighteen years and not a party to the within action. My business address is 469 Ninth Street, Suite 200, Oakland, CA 94607. On this date I served the attached STIPULATED ORDER CONTINUING SENTENCING DATE by faxing true copies to the individuals and numbers indicated below:

AUSA Dave Hall
415/436-7234

Connie Cook, U.S. Probation
510/637-3634

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of April, 2006, at Oakland, California.

                                                     /s/